UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY J. TYLER,<br><br>           Plaintiff,<br><br>      v.<br><br>RASH CURTIS & ASSOCIATES, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>           Defendants. | Case No. 2:22-cv-01137-KJM-DMC<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME**<br><br>Judge:  Kimberly J. Mueller<br><br>Mag.:  Dennis M. Cota |

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, it is hereby **ORDERED** that the Defendant Equifax Information Services LLC shall have up to and including August 23, 2022 in which to respond to Plaintiff's Complaint.

**SO ORDERED.**

DATED:  August 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME

85245821v.1