1
2
3
4
5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9   GARY J. TYLER,                          Case No. 2:22-cv-01137-KJM-DMC

10             Plaintiff,                    **ORDER GRANTING JOINT
                                            STIPULATION FOR EXTENSION OF
11       v.                                 TIME**

12  RASH CURTIS & ASSOCIATES, EQUIFAX       Judge:  Kimberly J. Mueller
    INFORMATION SERVICES LLC, TRANS
13  UNION LLC and EXPERIAN INFORMATION      Mag.:  Dennis M. Cota
    SOLUTIONS, INC.,
14
              Defendants.
15

16       Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for

17  Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause

18  shown, it is hereby **ORDERED** that the Defendant Equifax Information Services LLC shall have up to

19  and including September 13, 2022 in which to respond to Plaintiff's Complaint.

20       **SO ORDERED**.

21  DATED:  September 1, 2022.

22

23       _____

24       CHIEF UNITED STATES DISTRICT JUDGE

25

26

27

28