Bobby C. Walker, Esq.
California Bar No. 321788
Sulaiman Law Group
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181 Ext. 149
Fax: (630) 575-8188
bwalker@sulaimanlaw.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY J. TYLER,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX, INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; RASH CURTIS & ASSOCIATES AND, TRANS UNION LLC,<br><br>    Defendant. | Case No 2:22-cv-01137-KJM-DMC<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiff, GARY J. TYLER, and Defendant, EQUIFAX, hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

Dated: September 28, 2022                    Respectfully submitted,

*/s/ Bobby C. Walker*
Bobby C. Walker, Esq.
California Bar No. 321788
Sulaiman Law Group
2500 S. Highland Avenue, Suite 200

1

Lombard, Illinois 60148<br>
Telephone: (630) 575-8181 Ext. 149<br>
Fax: (630) 575-8188<br>
bwalker@sulaimanlaw.com<br>
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Bobby C. Walker*
