IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY J. TYLER, | No. 2:22-CV-1137-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| RASH CURTIS & ASSOCIATES, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. The matter is set for a scheduling conference on November 2, 2022, at 10:00 a.m., before the undersigned in Redding, California. Pending before the Court are the parties' requests, ECF Nos. 27, 28, 30, to appear remotely. Good cause appearing therefor, the requests are granted, and it is the order of this Court that this Scheduling Conference shall be conducted by phone. At the designated time of the Scheduling Conference, all counsel shall call (877) 336-1274 and enter access code 5444373.

IT IS SO ORDERED.

Dated: October 26, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1