Alexander J. Taylor, Esq.
2500 South Highland Ave
Suite 200
**SULAIMAN LAW GROUP**
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-575-8188
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY J. TYLER,<br><br>Plaintiff,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES, EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | Case No. 2:22-cv-01137-KJM-DMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, GARY J. TYLER, and the Defendants, RASH CURTIS & ASSOCIATES, EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

DATED: December 16, 2022

| | |
|---|---|
| */s/Alexander J. Taylor*<br>Alexander J. Taylor, Esq.<br>2500 South Highland Ave<br>Suite 200<br>SULAIMAN LAW GROUP<br>Lombard, Illinois 60148<br>Telephone: 630-575-8181<br>Facsimile: 630-575-8188<br>ataylor@sulaimanlaw.com<br>*Attorney for the Plaintiff* | */s/ Jennifer R. Brooks*<br>Jennifer R. Brooks, State Bar No. 305219<br>SEYFARTH SHAW LLP<br>jrbrooks@seyfarth.com<br>700 Milam Street, Suite 1400<br>Houston, Texas 77002-2812<br>Telephone: (713) 238-1854<br>*Attorney for the Defendant Equifax* |

| | |
|---|---|
| */s/ Katie Gonzalez* | */s/ Mackenzie C. Gonzales* |
| Katie Gonzalez | David J. Kaminski (SBN 128509) |
| Bar No. 329085 | kaminskid@cmtlaw.com |
| JONES DAY | Mackenzie C. Gonzales (SBN 333839) |
| 1755 Embarcadero Road | gonzalesm@cmtlaw.com |
| Palo Alto, California 94303 | CARLSON & MESSER LLP |
| Telephone: +1.650.739.3972 | 5901 W. Century Blvd., Suite 1200 |
| Facsimile: +1.650.739.3900 | Los Angeles, CA 90045 |
| Attorneys for Defendant | Telephone: (310) 242-2200 |
| Experian Information Solutions, Inc. | Facsimile: (310) 242-2222 |
| | Attorneys for Defendant, |
| | K.B.R., INC. dba RASH CURTIS & |
| | ASSOCIATES erroneously sued as |
| | RASH CURTIS & ASSOCIATES |

*/s/ Jason S. Roberts*
Jason S. Roberts, Esq. (CSB #221978)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: jroberts@schuckitlaw.com
Counsel for Defendant
TRANS UNION, LLC

### **ATTESTATION OF SIGNATURE**

Pursuant to L.R. 5-4.3.4, I hereby certify that the content of this document is acceptable to all signing counsel for each Defendant, and I obtained his authorization to affix their electronic signatures to this document.

*/s/ Alexander J. Taylor*

### **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

2

1                 */s/ Alexander J. Taylor*